IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

PHYLLIS ANDREWS
284 Smith Ridge Road
South Salem, NY 10590,

THOMAS E. MINOGUE, Co-Trustee
of the Phyllis Andrews Family Trust
237 Elm Street
New Canaan, CT 06840,

HERMAN H. TARNOW, Co-Trustee
of the Phyllis Andrews Family Trust
108 Napa Ridge Way
Naples, FL 34119, and

JANE F. SIMS, Co-Trustee
of the Phyllis Andrews Family Trust
20 Branchwood Court
Baltimore, MD 21208,

        Plaintiffs,

        v.

ARTHUR B. MODELL,
8 Laurelford Court
Cockeysville, MD 21030,

        Defendant.

Civil Action No. : _____

---

**NOTICE OF REMOVAL : EXHIBIT D**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

| | |
|---|---|
| PHYLLIS ANDREWS<br>284 Smith Ridge Road<br>South Salem, NY 10590,<br><br>THOMAS E. MINOGUE, Trustee<br>Co-Trustee of the Phyllis Andrews Family Trust<br>237 Elm Street<br>New Canaan, CT 06840,<br><br>HERMAN H. TARNOW, Trustee<br>Co-Trustee of the Phyllis Andrews Family Trust<br>108 Napa Ridge Way<br>Naples, FL 34119, and<br><br>JANE F. SIMS, Trustee<br>Co-Trustee of the Phyllis Andrews Family Trust<br>20 Branchwood Court<br>Baltimore, MD 21208,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARTHUR B. MODELL,<br>8 Laurelford Court<br>Cockeysville, MD 21030-2236<br><br>        Defendant. | **RECEIVED**<br><br>MAR 13 2007.<br><br>TIMOTHY C. IDONI<br>COUNTY CLERK<br>COUNTY OF WESTCHESTER<br><br><br>SUMMONS<br><br><br>INDEX NO.: 07 - 4170<br><br>Purchase March 13, 2007 |

TO THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Plaintiffs' attorney an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the complaint.

The basis for venue designated is the residence of Plaintiff Phyllis Andrews, which is 284 Smith Ridge Road, South Salem, NY 10590.

Filed: March 13, 2007

Dated: March 13, 2007

> BOIES, SCHILLER & FLEXNER LLP
>
> *(signature)*
>
> Christopher M. Green
> Daniel E. Holloway
> Lisa M. Nousek
> 333 Main Street
> Armonk, NY 10504
> (914) 749-8200 (telephone)
> (914) 749-8300 (facsimile)
>
> *Attorneys for Plaintiffs*
> Phyllis Andrews and Thomas E. Minogue, Herman
> H. Tarnow and Jane F. Sims, Co-Trustees of
> The Phyllis Andrews Family Trust

OF COUNSEL:

Neil McGinness, Esq.
McGINNESS, PAINTER & McGINNESS
Tower Press Building
1900 Superior Avenue
Suite 230
Cleveland, OH 44114
(216) 696-8440 (telephone)
(216) 696-0910 (facsimile)