*Robinson, J*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR B. MODELL, <br><br> Defendant. | Civil Action No. : 07-3368 (SCR) |

STIPULATION REGARDING DEADLINE TO RESPOND
TO THE COMPLAINT AND TO MOVE FOR REMAND

In light of the Court's standing order on individual practices and the Re-Scheduling Notice dated May 2, 2007 setting the time for an initial conference before the Court on June 15, 2007, the parties to this action, by and through counsel, hereby stipulate and agree that defendant's deadline for answering, moving against, or otherwise responding to the complaint is postponed until such time as may be ordered by the Court. The parties additionally stipulate and agree that plaintiffs' deadline for filing a motion to remand, if any, is postponed until such time as may be ordered by the Court.

//

//

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DATED: May 3, 2007                    Respectfully submitted,


_____       _____
BOIES, SCHILLER & FLEXNER LLP         Hogan & Hartson LLP
By: Christopher M. Green (CG 1090)    By: Claudia T. Morgan (CM 1998)
Daniel E. Holloway                    44 S. Broadway, Third Floor
Lisa M. Nousek                        White Plains, NY 10601
333 Main Street                       (212) 918-8300
Armonk, NY 10504
Telephone: (914) 749-8200             *Counsel for Defendant Arthur B.*
Facsimile: (914) 749-8300             *Modell*

*Counsel for Plaintiffs Phyllis*
*Andrews, Thomas Minogue, Herman*     *Of counsel:*
*Tarnow, and Jane Sims*

                                      Steven F. Barley
                                      Douglas Nazarian
                                      Daniel J. Jawor
                                      Hogan & Hartson LLP
                                      111 S. Calvert Street, Suite 1600
                                      Baltimore, MD 21202
                                      Telephone: (410) 659-2700
                                      Facsimile: (410) 539-6981


✓ SO ORDERED this __7th__ day of May 2007.   _____
                                             Hon. Stephen C. Robinson
                                             U.S. District Judge

- 2 -