IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. : 07-3368 (SCR) |
| ARTHUR B. MODELL, | |
| Defendant. | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

In accordance with Rule 1.3(c) of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, I, Claudia T. Morgan, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of Steven F. Barley, Douglas R. M. Nazarian, and Daniel J. Jawor.

Mr. Barley is a partner with the law firm of Hogan & Hartson LLP, 111 South Calvert Street, Suite 1600, Baltimore, MD 21202. He may be reached by telephone at (410) 659-2700 and by facsimile at (410) 539-6981. Mr. Barley is a member in good standing of the Bar of the State of Maryland, and is admitted to practice law in the U.S. Court of Appeals for the Fourth Circuit and the U.S. District Court for the District of Maryland. There are no pending disciplinary proceedings against Mr. Barley in any state or federal court.

Mr. Nazarian is a partner with the law firm of Hogan & Hartson LLP, 111 South Calvert Street, Suite 1600, Baltimore, MD 21202. He may be reached by telephone at (410) 659-2700 and by facsimile at (410) 539-6981. Mr. Nazarian is a member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia. He is admitted to practice law in the U.S. Court of Appeals for the Fourth Circuit, and in the U.S. District Courts for the District of Columbia, District of Maryland, and Eastern District of Michigan. There are no pending disciplinary proceedings against Mr. Nazarian in any state or federal court.

Mr. Jawor is an associate with the law firm of Hogan & Hartson LLP, 111 South Calvert Street, Suite 1600, Baltimore, MD 21202. He may be reached by telephone at (410) 659-2700 and by facsimile at (410) 539-6981. Mr. Jawor is a member in good standing of the bars of the State of Maryland and the District of Columbia. He is admitted to practice law in the U.S. Court of International Trade. There are no pending disciplinary proceedings against Mr. Jawor in any state or federal court.

DATED: May 15, 2007

Respectfully submitted,

_Claudia T. Morgan_
Claudia T. Morgan (CM 1998)
Hogan & Hartson LLP
44 S. Broadway, Third Floor
White Plains, NY
(212)918-8300

## CERTIFICATE OF SERVICE

    I certify that on this 16th day of May 2007 I sent a true copy of the foregoing document, entitled, Motion To Admit Counsel Pro Hac Vice, together with the supporting affidavit and proposed order, to counsel for plaintiffs by first class mail, postage pre-paid, at the following address:

    Christopher M. Green
    Daniel E. Holloway
    Lisa M. Nousek
    BOIES, SCHILLER & FLEXNER LLP
    333 Main Street
    Armonk, NY 10504

                       Claudia T. Morgan

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the eighteenth day of December, 1990,

### Steven Francis Barley

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-sixth day of April, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

    I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the thirteenth day of December, 1995,

### Douglas Richard Miller Nazarian

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

    **In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-sixth day of April, 2007.*

*[signature: Alexander L. Cummings]*
Clerk of the Court of Appeals of Maryland

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, JOANN M. WAHL, Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *DOUGLAS RICHARD NAZARIAN*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on, **September 9, 1992**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.

*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, May 2, 2007.



_____
Clerk of the Court



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DOUGLAS R. M. NAZARIAN

was on the 4TH day of OCTOBER, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 2003,

### Daniel Jawor

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

*In Testimony Whereof,* I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty-sixth day of April, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**DANIEL J. JAWOR**

was on the 6TH day of MAY, 2005 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 4, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARTHUR B. MODELL,<br><br>　　　　　Defendant. | Civil Action No. : 07-3368 (SCR) |

## DECLARATION OF CLAUDIA T. MORGAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

1.　　My name is Claudia T. Morgan. I am an attorney with Hogan & Hartson LLP, counsel for defendant in the above captioned action. I am familiar with the proceedings in this case. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the motion to admit Steven F. Barley, Douglas R. M. Nazarian, and Daniel J. Jawor as counsel pro hac vice to represent defendant in this matter.

2.　　I am a member in good standing of the bar of the State of New York and was admitted to practice law on June 22, 1999. I am also admitted to the bar of the U.S. District Court for the Southern District of New York and am in good standing with this Court.

3.　　Mr. Barley joined Hogan & Hartson in 2000. Mr. Nazarian joined Hogan & Hartson in 1995. Mr. Jawor joined Hogan & Hartson in 2005.

- 2 -

4.  I have found Messrs. Barley, Nazarian, and Jawor to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the federal rules of procedure.

5.  For the foregoing reasons, I respectfully request that Steven F. Barley, Douglas R. M. Nazarian, and Daniel J. Jawor be admitted to practice before this Court pro hac vice.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2007
White Plains, NY

*Claudia T. Morgan*
Claudia T. Morgan (CM 1998)

\\\BA - 066910/000008 - 224136 v1

- 2 -

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>ARTHUR B. MODELL,<br><br>        Defendant. | Civil Action No. : 07-3368 (SCR) |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion and supporting affidavit of Claudia T. Morgan, attorney for Defendant Arthur B. Modell, it is hereby ORDERED that Steven F. Barley, Douglas R.M. Nazarian, and Daniel J. Jawor are admitted to practice pro hac vice as counsel for Defendant Arthur B. Modell in the above captioned case in the U.S. District Court for the Southern District of New York.

DATED this ____ day of _____, 2007.

                                                                       U.S. District / Magistrate Judge