IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR B. MODELL, <br><br> Defendant. | Civil Action No. : 07-3368 (SCR) |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion and supporting affidavit of Claudia T. Morgan, attorney for Defendant Arthur B. Modell, it is hereby ORDERED that Steven F. Barley, Douglas R.M. Nazarian, and Daniel J. Jawor are admitted to practice pro hac vice as counsel for Defendant Arthur B. Modell in the above captioned case in the U.S. District Court for the Southern District of New York.

DATED this 14th day of June, 2007.

_____
U.S. District / ~~Magistrate~~ Judge