CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of July, 2007, service of **PLAINTIFFS' MOTION TO REMAND THIS CASE TO THE SUPREME COURT OF THE STATE OF NEW YORK, WESTCHESTER COUNTY** was effected via the United States District Court e-filing system to the following:

Claudia Morgan, Esq.
Hogan & Hartson
44 S. Broadway, Third Floor
White Plains, NY 10601

Service was effected via Federal Express Overnight delivery to the following:

Steven F. Barley, Esq.
Daniel J. Jawor, Esq.
Hogan & Hartson
111 S. Calvert Street
Suite 1600
Baltimore, Maryland 21202

Dated: July 6, 2007

_____
Lisa M. Nousek
An Attorney for Plaintiffs