# HOGAN & HARTSON

Hogan & Hartson LLP
44 South Broadway, 3rd Floor
White Plains, NY 10601
+1.212.918.8300 Tel
+1.212.918.8400 Fax

www.hhlaw.com

July 5, 2007

Claudia M. Morgan
212-918-8435
CMorgan@hhlaw.com

*BY FACSIMILE*

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

    Re:    *Phyllis Andrews, et al. v. Arthur B. Modell*
             Civil Action No. 07-3368 (SCR)

Dear Judge Robinson:

       This firm represents defendant Arthur B. Modell in the above-referenced matter. We respectfully request that the name of Douglas R. M. Nazarian, Esq. be removed from the list of persons to receive electronic notices in this matter, as he was, but no longer is, associated with this firm.

Respectfully submitted,

*[signature]*

Claudia T Morgan

CM/jsb

cc:    Christopher M. Green, Esq.
       Daniel E. Holloway, Esq.
       Lisa M. Nousek, Esq.

\\\\NY - 066911/000004 - 1047219 v1