**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

---

PHYLLIS ANDREWS, *et al.*,

               Plaintiffs,

             v.

ARTHUR B. MODELL,

               Defendant.

Civil Action No. 07-3368 (SCR)

---

**DEFENDANT'S OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND**

**EXHIBIT 1**

---

**Phyllis Andrews**

Page 1

```
 1
 2                UNITED STATES DISTRICT COURT
 3                  DISTRICT OF MARYLAND
 4
 5        THOMAS E. MINOGUE, Trustee and THOMAS O.
 6    CALLAGHAN, Co-Trustee of the PHYLLIS ANDREWS
 7    FAMILY TRUST, et al.,
 8                                      ORIGINAL
 9                 Plaintiffs,
10
11           vs.          No. 1:03-CV-03391
12
13    ARTHUR B. MODELL,
14
15                 Defendant.
16    ------------------------------)
17
18
19            DEPOSITION OF PHYLLIS ANDREWS
20                 Armonk, New York
21               Monday, June 21, 2004
22
23
          Reported by:
24        Alison M. Pisciotta
          JOB NO. 161832b
25
```

**Phyllis Andrews**

Page 32

1                        P. Andrews

2     Andrews Family Trust?

3          A    No.

4          Q    Sorry.  That was not a very good

5     question.  I wasn't trying to get you to come

6     back to me with the date.

7                I'm asking, do you remember a point

8     in time that the trust was created, at some

9     point?

10         A    No, I don't remember.

11         Q    Do you remember contributing money or

12    any other assets of yours to the trust?

13         A    I don't know.

14         Q    Mrs. Andrews, do your sons or anyone

15    else manage your personal financial affairs?

16         A    No, they take care of everything for

17    me.

18         Q    So if you were going to write a check

19    to someone to pay a bill or whatever --

20         A    No, I do that myself.

21         Q    You do that yourself.  How about

22    things like this trust or investments or your

23    savings, do your sons manage that for you?

24         A    Well, they know, there is certain

25    things I take care of myself.

**Phyllis Andrews**

Page 34

1                          P. Andrews

2              MR. NAZARIAN:   Off the record.

3              (Discussion off the record.)

4         Q    Here you go, Mrs. Andrews.

5         A    I leave everything up to them.   I

6    don't know.

7         Q    So, Mrs. Andrews, do you ever

8    remember seeing this document before, the one

9    that's in front of you now that's marked as

10   Exhibit 2, Mr. Minogue's deposition?

11        A    No.

12        Q    Could you turn for a second, Mrs.

13   Andrews, to the very last page of it.  Do you

14   see the signature at the top of the page?

15        A    That's my signature.

16        Q    Okay.   Then immediately below that

17   are two more signatures?

18        A    Robert and Vincent.

19        Q    Those are your sons?

20        A    That's right.

21        Q    Did you know at the time of this

22   agreement that your sons were the trustees of

23   the Phyllis Andrews Family Trust?

24        A    You know, I don't understand all

25   these legal things so I leave everything up

**Phyllis Andrews**

Page 35

1                     P. Andrews

2    to them.

3        Q    Let me ask you this, Mrs. Andrews, do

4    you remember being paid $200,000 in exchange

5    for the contract your husband had with Mr.

6    Modell?

7        A    No, I don't remember.

8        Q    Is that something your sons would

9    have handled?

10       A    (No verbal response)

11       Q    So if there was an agreement that

12   moved the rights under the agreement into the

13   trust and paid money back to you personally,

14   your sons would have handled something like

15   that, is that fair?

16       A    They handled everything.

17       Q    Would you like to take a short break,

18   Mrs. Andrews?

19       A    Please.

20            MR. NAZARIAN:  Let's go off the

21       record for a few minutes.

22            THE VIDEOGRAPHER:  Going off the

23       record at 3:40 p.m.

24            (Discussion off the record.)

25            THE VIDEOGRAPHER:  Going back on the

**Phyllis Andrews**

Page 36

1                        P. Andrews

2        record at 3:44 p.m.

3            MR. NAZARIAN:  Let's mark this,

4        please, as Number 7.

5            (Phyllis Andrews Exhibit 7, Phyllis

6        Andrews Family Trust, marked for

7        identification, as of this date.)

8        Q   Mrs. Andrews, the reporter just

9    handed you another fairly fat document that's

10   been marked as Exhibit 7.  As always, you

11   should feel free to read as much or as little

12   of it as possible but I'm only going to ask

13   you a few questions about the document

14   itself.  So just let me know when you are

15   ready.

16       A    You don't expect me to read all this?

17       Q    I don't expect you to, although one

18   of the rules as Mr. Hayes will tell you, it

19   is not fair for me to tell a witness she

20   cannot read it.  All I really want to do is

21   ask you first of all if you ever remember

22   seeing this document before?

23       A    You know, I have two sons that I

24   trust with everything.  So they take care of

25   it.  They don't want to burden me with

**Phyllis Andrews**

Page 37

1                          P. Andrews

2    anything so they take care of everything for

3    me.  I wouldn't reach 93 if it wasn't for

4    them, right?

5        Q    I have a 93 year old grandmother

6    myself.  I completely understand.

7        A    See.

8        Q    So do you think this document is

9    another one of the kinds of things they might

10   have taken care of and handled for you?

11       A    That's right.  What they feel is the

12   best thing to do.  I have six grandchildren,

13   so, I have to watch out for them too.

14       Q    I understand.  If you look just for a

15   second, Mrs. Andrews, to the second to last

16   page no, maybe Mr. Hayes can help, it's on

17   page 19.  It's where all the signatures are.

18            MR. HAYES:  A little before.  Maybe

19        right before.  That's probably it.

20       Q    That's the one?

21            MR. HAYES:  Yes.

22       Q    Do you see a line that says has a

23   place for a signature of Phyllis Andrews?

24       A    Yes.

25       Q    Do you recognize that as your

**Phyllis Andrews**

Page 38

1                       P. Andrews

2    signature, ma'am?

3        A    Yes.

4        Q    Below that there are --

5        A    Is Vincent, then there is Robert.

6        Q    Those are your two sons' signatures

7    there?

8        A    That's right.

9        Q    Mrs. Andrews, do either of your sons

10   have the authority to write checks on

11   personal bank accounts of yours or investment

12   accounts of yours?

13       A    I never had any reason for them to.

14       Q    Is it at all possible that either of

15   your sons could have written a check from

16   your accounts to contribute to this trust?

17       A    Could be.

18       Q    Okay.  Do you have or have you ever

19   had any role in managing or running this

20   trust?

21       A    No, they handled it all.

22       Q    When you say they, you mean your

23   sons?

24       A    That's right.

25       Q    Does anybody else play any role that