## CERTIFICATE OF SERVICE

     I hereby certify, that on the 24th day of July, 2007, service of the DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND effected via the United States District Court's Electronic Filing System upon:

          Christopher M. Green
          Daniel Everett Holloway
          Boies, Schiller & Flexner, LLP
          333 Main street
          Armonk, NY  10504

Dated: July 24, 2007                    s/_____
                                                         CLAUDIA MORGAN