Christopher M. Green (CG-1090)
Daniel E. Holloway (DH-5254)
Lisa M. Nousek (LN-0902)
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street
Armonk, New York 10504
(914) 749-8200

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| PHYLLIS ANDREWS, THOMAS E. MINOGUE, HERMAN H. TARNOW and JANE F. SIMS, | : : : : |
| Plaintiffs, | : : 07 Civ. 3368 (SCR) |
| v. | : : |
| ARTHUR B. MODELL, | : Judge Stephen C. Robinson : |
| Defendant. | : : : : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that I, Lisa M. Nousek, of the law offices of Boies, Schiller & Flexner, LLP, request the Court to enter my appearance as counsel in this case for Plaintiffs Phyllis Andrews, Thomas E. Minogue, Herman H. Tarnow, and Jane F. Sims. I certify that I am admitted to practice in this Court.

Dated: Armonk, New York
       July 26, 2007

                                  Respectfully submitted,

                                  **BOIES, SCHILLER & FLEXNER LLP**

                                  By: <u>/s/ Lisa M. Nousek</u>

                                      Lisa M. Nousek (LN-0902)
                                      333 Main Street
                                      Armonk, New York 10504
                                      lnousek@bsfllp.com
                                      Phone: (914) 749-8200
                                      Fax: (914) 749-8300

                                  *An Attorney for Plaintiffs*

TO:    Steven F. Barley
         Daniel J. Jawor
         HOGAN & HARTSON LLP
         111 South Calvert Street, Suite 1600
         Baltimore, MD 21202
         (410) 659-2700

         Claudia T. Morgan (CM-1998)
         HOGAN & HARTSON LLP
         44 S. Broadway, Third Floor
         White Plains, NY 10601
         (212) 918-8300

         *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2007, service of **NOTICE OF APPEARANCE** was effected via the United States District Court e-filing system to the following:

Claudia Morgan, Esq.
Hogan & Hartson
44 S. Broadway, Third Floor
White Plains, NY  10601

Service was effected via First Class Mail to the following:

Steven F. Barley, Esq.
Daniel J. Jawor, Esq.
Hogan & Hartson
111 S. Calvert Street
Suite 1600
Baltimore, Maryland  21202

Dated: July 26, 2007

                                                             /s/  Lisa M. Nousek