## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of August, 2007, service of **PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND THIS CASE TO THE SUPREME COURT OF THE STATE OF NEW YORK, WESTCHESTER COUNTY** was effected via the United States District Court e-filing system to the following:

Claudia Morgan, Esq.
HOGAN & HARTSON LLP
44 S. Broadway, Third Floor
White Plains, NY  10601


       Service was effected via Federal Express Overnight delivery to the following:

Steven F. Barley, Esq.
Daniel J. Jawor, Esq.
HOGAN & HARTSON LLP
111 S. Calvert Street
Suite 1600
Baltimore, Maryland  21202


Dated: August 7, 2007

                                                     */s/ Lisa M. Nousek*
                                                     Lisa M. Nousek
                                                     An Attorney for Plaintiffs