IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHYLLIS ANDREWS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ARTHUR B. MODELL,<br><br>    Defendant. | Civil Action No. : 07-3368 (SCR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the pro hac vice appearance of Daniel J. Jawor as co-counsel for defendant Arthur B. Modell as he has left Hogan & Hartson. All future correspondence should be directed to me or Steven Barley.

DATED: January 10, 2008

Respectfully submitted,

*/s/ Claudia T. Morgan*
Claudia T. Morgan (CM 1998)
Hogan & Hartson LLP
44 S. Broadway, Third Floor
White Plains, NY
(212) 918-8300

SO ORDERED
*/s/ Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
1/15/08

\\\BA - 066910/000008 - 236777 v1