UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
   ANDREWS ET AL.

                                Plaintiff,               07 CIVIL 3368 ( SCR )

       -against-

   MODELL

                                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Claudia T. Morgan_

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        2975852

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:*   875 Third Avenue, New York, New York 10022

☐ *Telephone Number:*   212-918-8435

☒ *Fax Number:*   212-918-3100

☐ *E-Mail Address:* _____

Dated: 22 May 2008          */s/ Claudia T. Morgan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PHYLIS ANDREWS et.al.,

                 Plaintiffs,

-against-                               07-cv-3368

ARTHUR B. MODELL,

                                           **Affidavit of Service**

                 Defendant.
-------------------------------------------------------------------x
STATE OF NEW YORK   )
                             : ss:
COUNTY OF NEW YORK )

       John Nguyen, being duly sworn, deposes and says that he resides in the State of New Jersey, is employed by the firm Hogan & Hartson LLP, is over the age of eighteen years and is not a party to this action.

       On the 3rd day of June, 2008 deponent served a true copy of the **Notice Of Change Of Address** upon:

                Christopher M. Green
                Daniel Everett Holloway
                Lisa Marie Nousek
                Boies Schiller & Flexner, L.L.P.
                333 Main Street
                Armonk, NY 10504

by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                    JOHN NGUYEN

Sworn to before me this
____ day of June, 2008,

ARETHA OWUSU
Notary Public, State of New York
No. 02OW6139021
Qualified in Kings County
Commission Expires December 27, 2009

\\\NY - 076496/000630 - 1041696 v1